UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:07-cr-00040-TWP-TAB |
| BRIAN K. BANKS, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER GRANTING EARLY TERMINATION SUPERVISED RELEASE**

This matter is before the Court on a letter received from Defendant Brian K. Banks, *pro se*, requesting early termination from supervised release (Dkt. 53). Banks' Probation Officer has responded and has no opposition to early termination. (Dkt. 55). The Government opposes early termination. (Dkt. 57). For the reasons explained below, the Motion is **granted**.

**I.  DISCUSSION**

On December 19, 2017, Banks was convicted of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and he was sentenced to 48 months imprisonment followed by three years of supervised release. (Dkt. 36 at 1.) He began his three-year term of supervision on May 14, 2021. To date, he has completed 19 months of supervised release, maintained full time employment, provided clean urine specimens, obtained a valid driver's license, purchased a vehicle for his transportation needs, and rededicated himself to God. (Dkt. 53). At age 43, Banks is expecting his first child and he seeks early termination from supervised release to allow him "the chance to move forward on this journey of rebuilding myself as a man" for himself and his family. *Id*.

The Government opposes the motion and asserts that Banks' history of criminal conduct— especially his conduct while previously subject to supervision—underscores the need for

continued supervision to protect the public and deter criminal conduct. (Dkt. 57). The Government points out that Banks committed the instant offense while on state parole for Possession of a Firearm by a Serious Violent Felon, and in 2002 he was on probation for Battery and tested positive for marijuana and cocaine and his probation was revoked. *Id*. And in 2010 and 2011 Banks fled from law enforcement. While the Government commends Banks for his compliance with the terms of his current release, they argue that compliance alone does not warrant termination of a supervised release term. *Id*. The Government contends that Banks' history demonstrates an inability or unwillingness to comply with conditions imposed by courts. *Id*.

Banks' probation officer confirms that he is fully compliant with all conditions of supervision, is employed, and has a stable residence. Given Banks' impeccable performance, the probation officer has no objection to his motion for early release from supervision and recommends supervision be terminated effective immediately, rather than the scheduled expiration date of May 13, 2024.

The law provides the Court with the discretion to grant early termination "after one year of supervised release has elapsed and after the court considers certain factors in 18 U.S.C. § 3553(a), if the defendant's conduct and the interests of justice so warrant." *United States v. Lowe*, 632 F.3d 996, 998 (7th Cir. 2011). The Court has considered Banks' history of criminal activities and notes that throughout supervision in this case, he has been law abiding and complaint. In Banks' motion, he accepts responsibility for his criminal past and describes the positive life changes he has made through proactive and rehabilitative measures. He has satisfied the requirements of the Court's order and demonstrated a willingness and capability to remain lawful beyond the period of supervision. His Probation Officer--who works closely with Banks--recommends early

termination. In its discretion, and after considering the factors in 18 U.S.C. § 3553(a), concludes that Banks' conduct and the interests of justice warrant early termination of his supervised release.

## II.  CONCLUSION

For the reasons stated above, Banks' *pro se* Motion for Early Termination of Supervised Release, Dkt. [53], is **GRANTED** and his supervised release may be terminated early.

IT IS SO ORDERED.

Date:   12/12/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution via CM/ECF to all registered counsel

Brian Banks
3552 Wallace Ave.
Indianapolis, IN 46218

Electronic notice to United States Probation Office